UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EPIC SECURITY CORP.

Plaintiff,

-v-

YELLOWPAGES.COM, AT&T CORP., and
WEST END PROTECTIVE SERVICES,
INC.

Defendant.

Case No. 08CIV6521

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for EPIC SECURITY CORP. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** JULY 23, 2008

Signature of Attorney

**Attorney Bar Code:** BC 4683

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EPIC SECURITY CORP.,

                Plaintiff(s),

     -against-

CIV. NO.

YELLOWPAGES.COM, LLC, AT&T, INC.,
and WEST END PROTECTIVE SERVICES, INC.

                Defendant(s).

---

## RULE 7.1 STATEMENT

---

**CONDON RESNICK, LLP**
*Attorneys for Plaintiff, EPIC Security Corp.*
96 SOUTH BROADWAY
NYACK, NEW YORK 10960
(845) 358-8900

---

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Signature:_____

Print Signer's Name: Brian K. Condon

---

Service of a copy of the within        is hereby admitted.

Dated:

                                                                                               Attorney(s) for

---

PLEASE TAKE NOTICE

[ ]       that the within is a (certified) true copy of a
NOTICE OF   entered in the office of the clerk of the within named Court on
ENTRY

[ ]       that a            of which the within is a true copy will be presented for settlement to the Hon.
NOTICE OF                                        one of the judges of the within named Court,
SETTLEMENT at
              on Dated:

                                                                            **CONDON RESNICK, LLP**

                                                                            By: _____
To:                                                          *Attorney for Plaintiff, EPIC Security Corp.*
                                                                            96 SOUTH BROADWAY
                                                                            NYACK, NEW YORK 10960
                                                                            (845) 358-8900