# AFFIDAVIT OF SERVICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

EPIC SECURITY CORP.                                                      INDEX No: 08 CIV 6521

**PLAINTIFF**

-against-

YELLOWPAGES.COM, LLC AT&T CORP., and
WEST END PROTECTIVE SERVICES,

**DEFENDANT**

---

State of New York, county of ROCKLAND SS:
**Karen Bell**
Being sworn deposes and says that she is over the age of 18 years, is not a party to this action and resides in New Jersey

That on the **24th** Day of JULY 2008, at 4:00 P.M.

AT: (CTI) 111 EIGHTH AVENUE, 13th floor, NEW YORK, NEW YORK

Deponent served the annexed: CIVIL COVER SHEET, AMENDED SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT with EXHIBITS A-E, and RULE 7.1 STATEMENT

Upon: **AT&T CORP.**

**PERSONAL SERVICE ON A CORPORATION. A CORPORATION** delivering thereat a true copy to **SABRINA AMBROSE**, Deponent knew the said individual to be authorized to accept service.

DESCRIPTION-Deponent describes the individual served or spoken to as follows:
Sex: FEMALE Color: BLACK Hair: BLACK App. Age: 39 App. Ht.: 5'9" App. Wt.: 150
Other identifying features: GLASSES

Sworn to before me this 25th
Day of JULY, 2008

KAREN BELL
#1004468

DAWN L. WITKOWSKI
NOTARY PUBLIC, STATE OF NEW YORK
#01WI6136038
QUALIFIED IN ROCKLAND COUNTY
COMMISSION EXPIRES 10/31/20

# AFFIDAVIT OF SERVICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

EPIC SECURITY CORP.                                           INDEX No: 08 CIV 6521

PLAINTIFF

-against-

YELLOWPAGES.COM, LLC AT&T CORP., and
WEST END PROTECTIVE SERVICES,

DEFENDANT

---

State of New York, county of ROCKLAND SS:
**Karen Bell**
Being sworn deposes and says that she is over the age of 18 years, is not a party to this action and resides in New Jersey

That on the **24th** Day of JULY 2008, at 4:00 P.M.

AT: (CTI) 111 EIGHTH AVENUE, 13th floor, NEW YORK, NEW YORK

Deponent served the annexed: **CIVIL COVER SHEET, AMENDED SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT with EXHIBITS A-E, and RULE 7.1 STATEMENT**

Upon: YELLOWPAGES.COM, LLC

**PERSONAL SERVICE ON A CORPORATION. A CORPORATION** delivering thereat a true copy to **SABRINA AMBROSE**, Deponent knew the said individual to be authorized to accept service.

DESCRIPTION-Deponent describes the individual served or spoken to as follows:
Sex: FEMALE Color: BLACK Hair: BLACK App. Age: 39 App. Ht.: 5'9" App. Wt.: 150
Other identifying features: GLASSES

Sworn to before me this 25th
Day of JULY, 2008

KAREN BELL
#1004468

DAWN L. WITKOWSKI (Congiusti)
NOTARY PUBLIC, STATE OF NEW YORK
#01WI6136038
QUALIFIED IN ROCKLAND COUNTY
COMMISSION EXPIRES 10/31/20