## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 CIV 6521

Purchased/Filed: July 22, 2008

STATE OF NEW YORK       UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

---

*Epic Security Corp.*                                                    Plaintiff

against

*Yellowpages.com, LLC, AT&T, Inc. and West End Protective Services, Inc.*          Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ Jessica Miller _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ July 31, 2008 _____ , at   2:00pm  , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Civil Cover Sheet, Summons in a Civil Action, Amended Summons in a Civil Action and Verified Complaint
with Exhibits and Amended Verified Complaint                                        on

_____ West End Protective Services, Inc. _____ , the

Defendant in this action, by delivering to and leaving with _____ Donna Christie _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York,   2   true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of   40   dollars; That said service

was made pursuant to Section  306 Business Corporation Law  .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age:   38     Approx. Wt:   145     Approx. Ht:   5'5"

Color of skin:   White     Hair color:   Blonde     Sex:   F     Other: _____

Sworn to before me on this

 1st   day of _____ August, 2008 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0807325

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**