Koeltl, J

Lisa Pearson (LP 4916)
Kilpatrick Stockton LLP
31 West 52nd Street
14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
LPearson@kilpatrickstockton.com

*Attorneys for Defendants Yellowpages.com, LLC and AT&T, Inc.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EPIC SECURITY CORP.,

    Plaintiff,

- against -

YELLOWPAGES.COM, LLC., AT&T, INC.,
and WEST END PROTECTIVE SERVICES INC.,

    Defendants.

---

08 Civ. 6521 (JGK)

**STIPULATION**

    **WHEREAS**, defendants Yellowpages.com, LLC and AT&T, Inc. hereby acknowledge due and legal service of the summons and complaint in the above-captioned action (the "Complaint");

    **WHEREAS**, defendants Yellowpages.com, LLC and AT&T, Inc. have until August 13, 2008 to respond to the Complaint;

    **WHEREAS**, counsel for plaintiff Epic Security Corp., ("Plaintiff") has consented to an extension of time for defendants Yellowpages.com, LLC and AT&T, Inc. to respond to the Complaint;

    **WHEREAS**, the within stipulated extension, if granted, would constitute the first such extension of their time to respond to the Complaint; and

US2008 9076 1

WHEREAS, the requested extension would not affect any other scheduled dates in connection with the above-captioned action.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Condon Resnick, LLP, counsel for Plaintiff, and Kilpatrick Stockton LLP, counsel for defendants Yellowpages.com, LLC and AT&T, Inc., that the time for Yellowpages.com, LLC and AT&T, Inc. to answer, move or otherwise respond to the Complaint herein be and is hereby extended to and including September 12, 2008.

Dated: New York, New York

August 12, 2008

**CONDON RESNICK, LLP**

By: _/s/ Brian K. Condon_
Brian K. Condon (BC 4683)
96 South Broadway
Nyack, New York 10960
Telephone: (845) 358-8900
Facsimile: (845) 358-8901
brian@condonresnick.com

*Attorneys for Plaintiff*

**KILPATRICK STOCKTON LLP**

By: _/s/ Lisa Pearson_
Lisa Pearson (LP-4916)
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
LPearson@KilpatrickStockton.com

*Attorney for Defendants Yellowpages.com, LLC and AT&T, Inc.*

SO ORDERED:

_____
U.S.D.J.

8/17/08