Lisa Pearson (LP 4916)
Kilpatrick Stockton LLP
31 West 52nd Street
14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
LPearson@kilpatrickstockton.com

*Attorney for Defendants Yellowpages.com, LLC., and AT&T, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EPIC SECURITY CORP., <br><br> Plaintiff, <br><br> - against - <br><br> YELLOWPAGES.COM, LLC., AT&T, INC., and WEST END PROTECTIVE SERVICES INC., <br><br> Defendants. | 08 Civ. 6521 (JGK) (THK) <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Lisa Pearson, Esq. of the law firm Kilpatrick Stockton LLP, 31 West 52nd Street, 14th Floor, New York, New York 10019, hereby appears in the above-caption action as attorney for defendants Yellowpages.com, LLC., and AT&T, Inc.

DATED:  August 26, 2008
         New York, New York

KILPATRICK STOCKTON LLP

*/s/ Lisa Pearson*
Lisa Pearson (LP-4916)
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
Email Address: LPearson@KilpatrickStockton.com

*Attorney for Defendants Yellowpages.com, LLC., and AT&T, Inc.*