*Kreetz, 51*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09-03-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EPIC SECURITY CORP.,

        Plaintiff,

-against-

YELLOWPAGES.COM, LLC, AT&T INC., and
WEST END PROTECTIVE SERVICES INC.,

        Defendants.

08 Civ. 6521 (JGK)

**ECF CASE**

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED by counsel for plaintiff and defendant West End Protective Services, Inc. ("West End"), and Court approval is jointly requested, as follows:

    1.    West End accepts service of process of the Summons and Amended Verified Complaint in this action.

    2.    West End's time to answer, move or otherwise respond to the Amended Verified Complaint is extended to and including September 12, 2008, the same time as has been extended for the other two defendants in this action. This is the first such extension; plaintiff has



consented; this extension is the same as this Court previously approved with regard to the other two defendants; and this extension does not impact any other scheduling dates for this action.

Dated: New York, New York
August 25, 2008

CONDON RESNICK, LLP

By: /s/ Brian K. Condon
Brian K. Condon (BC 4683)
96 South Broadway
Nyack, New York 10960
(845) 358-8900; Fax: (845) 8901
bkcattny@aol.com
*Attorneys for Plaintiff, EPIC Security Corp.*

ALFRED FERRER III, ESQ. (AF 3661)
61 Broadway, Suite 1601
New York, New York 10006
(212) 991-6726; Fax: (212) 267-3024
aferrer@alfredferrer.com
*Attorney for Defendant West End Protective Services Inc.*

SO ORDERED:

_____
U.S.D.J.

9/3/08
Date

2