**KILPATRICK STOCKTON LLP**
Lisa Pearson (LP 4916)
31 West 52d Street, 14th Floor
New York, New York 10019
Phone: (212) 775-8700
Fax: (212) 775-8815

James F. Bogan III
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Phone: (404) 815-6467
Fax: (404) 541-3133

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09-04-08
```

*Attorney for Defendants Yellowpages.com, LLC, and AT&T, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EPIC SECURITY CORP.,

           Plaintiff,

v.

YELLOWPAGES.COM, LLC, AT&T, INC., and WEST END PROTECTIVE SERVICES INC.,

           Defendants.

Civil Action No. 08-6521 (JGK) (THK)

**ORDER FOR ADMISSION *PRO HAC VICE OF* JAMES F. BOGAN III**
**ON WRITTEN MOTION**

Upon the motion of Lisa Pearson attorney for Attorney for Defendants Yellowpages.com, LLC, and AT&T, Inc., and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

        James F. Bogan III, Esq.
        **KILPATRICK STOCKTON LLP**
        1100 Peachtree Street, Suite 2800
        Atlanta, Georgia 30309-4530
        Phone: (404) 815-6467
        Fax: (404) 541-3133
        Email address: JBogan@kilpatrickstockton.com

US2008 46451.1



is admitted to practice *pro hac vice* as counsel for Defendants Yellowpages.com, LLC, and AT&T, Inc., in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nys.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:   New York, New York
         September 4, 2008

SO ORDERED,

_____
U.S.D.J.

US2008 46451.1